139 So. 910

## Clude BLAKE v. STATE.
### 7 Div. 843.

Court of Appeals of Alabama.
Feb. 16, 1932.

BRICKEN, P. J.
Affirmed.

142 So. 919

## Clyde BLAKE v. STATE.
### 7 Div. 891.

Court of Appeals of Alabama.
June 14, 1932.

BRICKEN, P. J.
Affirmed.

148 So. 916

## Arm BLEVINS v. STATE.
### 6 Div. 396.

Court of Appeals of Alabama.
May 9, 1933.

RICE, Judge.
Affirmed.

142 So. 919

## Mrs. I. D. BLOUNT v. STATE.
### 8 Div. 531.

Court of Appeals of Alabama.
May 24, 1932.

BRICKEN, P. J.
Affirmed.

139 So. 910

## Joe BOLEN v. STATE.
### 8 Div. 353.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.

145 So. 916

## BOLTON MOTOR TRUCK & TRACTOR CO. v. Walter BURCHFIELD.
### 6 Div. 392.

Court of Appeals of Alabama.
Dec. 20, 1932.

Edw. De Graffenried, of Tuscaloosa, for appellant.

H. L. Findley, of Tuscaloosa, for appellee.

BRICKEN, P. J.
Affirmed.

139 So. 911

## Dan BONE v. STATE.
### 7 Div. 842.

Court of Appeals of Alabama.
Jan. 19, 1932.

RICE, J.
Affirmed.

150 So. 921

## Edmund BOSWELL v. STATE.
### 4 Div. 23.

Court of Appeals of Alabama.
Nov. 21, 1933.

BRICKEN, Presiding Judge.
Affirmed.